The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> STEPHAN MERCULIEF, <br><br> Defendant. | NO. CR07-129RSM <br><br> **ORDER TO SEAL** |

Having read the Government's Motion to Seal and because of the sensitive information contained within the Exhibit A to Government's Disposition Memorandum;

//
//
//

Order to Seal
*U.S. v. Merculief;* CR07-129RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    It is hereby ORDERED that the Exhibit A to Government's Disposition
2  Memorandum shall remain sealed.

5    DATED this 15th day of April, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

12  Presented by:

14  *S/ Vincent T. Lombardi*
VINCENT T. LOMBARDI
15  Assistant United States Attorney

Order to Seal
U.S. v. Merculief; CR07-129RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970